## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAMERCY FUNDS MGMT. LLC, and GRAMERCY PERU HOLDINGS LLC, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> THE REPUBLIC OF PERU, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 23-0684 (ABJ) |

## ORDER

Upon consideration of the Motion for Issuance of a Letter Rogatory Pursuant to the Inter American Convention on Letters Rogatory of Petitioners Gramercy Funds Management LLC and Gramercy Peru Holdings LLC (together, "Gramercy"), it is hereby

**ORDERED** that Gramercy's Motion for Issuance of a Letter Rogatory is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court shall affix the Court's signature and seal on the USM-272 Form where indicated and as necessary, thereby allowing Gramercy to serve Respondent, the Republic of Peru, under the method set forth by the Inter-American Convention on Letters Rogatory and its Additional Protocol; and it is further

**ORDERED** that the original signed USM-272 Form be returned to counsel for Gramercy for transmittal to the U.S. Department of Justice (Central Authority of the State of Origin under the Inter-American Convention on Letters Rogatory).

**SO ORDERED.**

*Amy B Jack*

AMY BERMAN JACKSON
United States District Judge

DATE:  May 11, 2023