IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAMERCY FUNDS MGMT. LLC, and<br>GRAMERCY PERU HOLDINGS LLC,<br><br>    *Petitioners*,<br><br>v.<br><br>THE REPUBLIC OF PERU,<br><br>    *Respondent*. | )<br>)<br>)<br>)<br>)  Case No. 23-CV-00684 (ABJ)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of September 12, 2023, Petitioners Gramercy Funds Management LLC and Gramercy Peru Holdings LLC (together, "Gramercy") and Respondent Republic of Peru ("Peru," and together with Gramercy, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

The Parties filed a Joint Stipulation and Proposed Order, together with a request for a stay of proceedings, on September 8, 2023. The Court ordered a stay of these proceedings on September 12, 2023. The Parties are continuing to discuss a potential resolution of the present action.

The Parties accordingly recommend that the Court maintain the stay currently in place in these proceedings. The Parties will submit a further joint status report to the Court by November 3, 2023.

Dated: October 4, 2023

| | |
|---|---|
| /s/ Mark W. Friedman | /s/ Kevin A. Meehan |
| Mark W. Friedman | Kevin A. Meehan |
| D.C. Bar No. NY0328 | D.C. Bar No. 1613059 |
| Debevoise & Plimpton LLP | Curtis, Mallet-Prevost, Colt & Mosle LLP |
| 66 Hudson Boulevard | 1717 Pennsylvania Avenue, N.W. |
| New York, New York 10001 | Washington, D.C. 20006 |
| Phone: (212) 909-6000 | Tel.: (202) 452-7373 |
| mwfriedman@debevoise.com | Fax: (202) 452-7333 |
| | kmeehan@curtis.com |

*Attorneys for Respondent Republic of Peru*

*Of Counsel:*

Ina C. Popova
Sarah Lee
Beatrice A. Walton
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Phone: (212) 909-6000
ipopova@debevoise.com
slee1@debevoise.com
bawalton@debevoise.com

*Attorneys for Petitioners Gramercy Funds Management LLC and Gramercy Peru Holdings LLC*