**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GRAMERCY FUNDS MGMT. LLC, and GRAMERCY PERU HOLDINGS LLC, | ) ) | |
| *Petitioners*, | ) ) | |
| v. | ) ) | Case No. 23-CV-00684 (ABJ) |
| THE REPUBLIC OF PERU, | ) ) | |
| *Respondent*. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of September 12, 2023, Petitioners Gramercy Funds Management LLC and Gramercy Peru Holdings LLC (together, "Gramercy") and Respondent Republic of Peru ("Peru," and together with Gramercy, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

The Parties filed a Joint Stipulation and Proposed Order, together with a request for a stay of proceedings, on September 8, 2023. The Court ordered a stay of these proceedings on September 12, 2023. The Parties updated the Court on October 4, 2023. On October 12, 2023, the Court ordered the Parties to submit a joint status report by November 3, 2023.

As of the present date, the Parties continue to actively pursue a potential resolution of this action. The Parties accordingly recommend that the Court continue to maintain the stay currently in place in these proceedings. The Parties will submit a further joint status report to the Court by December 1, 2023.

Dated: November 3, 2023


/s/ Mark W. Friedman                          /s/ Kevin A. Meehan
Mark W. Friedman                              Kevin A. Meehan
D.C. Bar No. NY0328                           D.C. Bar No. 1613059
Debevoise & Plimpton LLP                      Curtis, Mallet-Prevost, Colt & Mosle LLP
66 Hudson Boulevard                           1717 Pennsylvania Avenue, N.W.
New York, New York 10001                      Washington, D.C. 20006
Phone: (212) 909-6000                         Tel.: (202) 452-7373
mwfriedman@debevoise.com                      Fax: (202) 452-7333
                                              kmeehan@curtis.com

                                              *Attorneys for Respondent Republic of Peru*


*Of Counsel:*

Ina C. Popova
Sarah Lee
Beatrice A. Walton
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Phone: (212) 909-6000
ipopova@debevoise.com
slee1@debevoise.com
bawalton@debevoise.com


*Attorneys for Petitioners Gramercy*
*Funds Management LLC and*
*Gramercy Peru Holdings LLC*