# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAMERCY FUNDS MGMT. LLC, and GRAMERCY PERU HOLDINGS LLC,<br><br>*Petitioners*,<br><br>v.<br><br>THE REPUBLIC OF PERU,<br><br>*Respondent*. | )<br>)<br>)<br>)<br>)  Case No. 23-CV-00684 (ABJ)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of November 30, 2023, Petitioners Gramercy Funds Management LLC and Gramercy Peru Holdings LLC (together, "Gramercy") and Respondent Republic of Peru ("Peru," and together with Gramercy, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

The Parties filed a Joint Stipulation and Proposed Order, together with a request for a stay of proceedings, on September 8, 2023. The Court ordered a stay of these proceedings on September 12, 2023. The Parties updated the Court on October 4, 2023, November 3, 2023, and on November 30, 2023. On November 30, 2023, the Court ordered the Parties to submit a further joint status report by January 8, 2024.

The Parties are continuing to pursue a potential resolution of this action and are actively engaged in negotiations to that end. They accordingly recommend that the Court maintain the stay currently in place in these proceedings. The Parties will submit a further joint status report to the Court by January 22, 2024.

Dated: January 8, 2024

| | |
|---|---|
| /s/ Mark W. Friedman | /s/ Kevin A. Meehan |
| Mark W. Friedman | Kevin A. Meehan |
| D.C. Bar No. NY0328 | D.C. Bar No. 1613059 |
| Debevoise & Plimpton LLP | Curtis, Mallet-Prevost, Colt & Mosle LLP |
| 66 Hudson Boulevard | 1717 Pennsylvania Avenue, N.W. |
| New York, New York 10001 | Washington, D.C. 20006 |
| Phone: (212) 909-6000 | Phone: (202) 452-7373 |
| mwfriedman@debevoise.com | Fax: (202) 452-7333 |
| | kmeehan@curtis.com |

*Attorneys for Respondent Republic of Peru*

*Of Counsel:*

Ina C. Popova
Sarah Lee
Beatrice A. Walton
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Phone: (212) 909-6000
ipopova@debevoise.com
slee1@debevoise.com
bawalton@debevoise.com

*Attorneys for Petitioners Gramercy Funds Management LLC and Gramercy Peru Holdings LLC*