UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAMERCY FUND MGMT LLC and<br>GRAMERCY PERU HOLDINGS LLC,<br><br>　　　　　　　　　　Petitioners,<br><br>　　　v.<br><br>THE REPUBLIC OF PERU,<br><br>　　　　　　　　　　Respondent. | Case No. 1:23-cv-00684-ABJ |

**JOINT STIPULATION AND PROPOSED ORDER**

WHEREAS, this proceeding concerns the recognition and confirmation of an arbitral award ("Award") issued on December 6, 2022, and corrected on January 13, 2023, by an arbitral tribunal in a dispute between Petitioners Gramercy Funds Management LLC and Gramercy Peru Holdings LLC (together, "Gramercy") and Respondent Republic of Peru ("Peru," and together with Gramercy, the "Parties");

WHEREAS, Gramercy commenced this proceeding through its filing of the Corrected Petition to Recognize and Confirm the Arbitral Award on March 15, 2023 (the "Petition") (Dkt. 4);

WHEREAS, this Court issued a Summons in a Civil Action ("Summons") directed to Peru on March 17, 2023 (Dkt. 6);

WHEREAS, Gramercy filed a motion for the issuance of a letter rogatory on April 28, 2023 (Dkt. 7), which this Court granted on May 11, 2023 (Dkt. 8);

WHEREAS, the Parties stipulated to a temporary stay in the proceedings on September 8, 2023 to engage in good faith settlement discussions, which this Court granted on September 12, 2023 (Dkt. 9);

WHEREAS, the temporary stay was lifted on February 9, 2024 (Dkt. 17);

WHEREAS, Peru filed its Motion to Dismiss the Petition and in Opposition to the Petition on April 10, 2024 (Dkt. 20);

WHEREAS, Gramercy filed its Responses to Peru's Motion to Dismiss the Petition and Opposition to the Petition on April 17, 2024 (Dkts. 23, 24)

WHEREAS, the Parties have been actively pursuing good faith discussions towards the resolution of the present action and have agreed to a temporary stay of the proceedings ("Stay") in order to continue pursuing a settlement;

IT IS HEREBY STIPULATED AND AGREED by the Parties and ORDERED by the Court as follows:

1. All proceedings in this Court are stayed until November 9, 2024.

2. Either Party may at any time file a motion to lift this Stay and resume proceedings, which the other Party agrees not to oppose.

3. The Parties will provide the Court an update on the Parties' settlement discussions by November 9, 2024

4. Nothing contained herein shall be construed as a waiver of immunity, jurisdiction or any other defenses by Peru. Peru reserves all such other rights and defenses and waives none.

Dated: October 15, 2024

| | |
|---|---|
| *s/ Mark W. Friedman* | *s/ Kevin A. Meehan* |
| Mark W. Friedman | Kevin A. Meehan |
| D.C. Bar No. NY0328 | D.C. Bar No. 1613059 |
| Debevoise & Plimpton LLP | Curtis, Mallet-Prevost, Colt & Mosle LLP |
| 66 Hudson Boulevard | 1717 Pennsylvania Avenue, N.W. |
| New York, New York 10001 | Washington, D.C. 20006 |
| Phone: (212) 909-6000 | Tel.: (202) 452-7373 |
| mwfriedman@debevoise.com | Fax: (202) 452-7333 |
| | Email: kmeehan@curtis.com |
| | *Attorneys for Respondent Republic of Peru* |

*Of Counsel:*

Ina C. Popova
Julianne Marley
Beatrice A. Walton
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Phone: (212) 909-6000
ipopova@debevoise.com
jjmarley@debevoise.com
bawalton@debevoise.com

*Attorneys for Petitioners Gramercy Funds Management LLC and Gramercy Peru Holdings LLC*

SO ORDERED:

Dated: _____, 2024        _____

Hon. Amy Berman Jackson