IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAMERCY FUNDS MGMT. LLC, and GRAMERCY PERU HOLDINGS LLC,<br><br>*Petitioners*,<br><br>v.<br><br>THE REPUBLIC OF PERU,<br><br>*Respondent*. | )<br>)<br>)<br>)<br>)  Case No. 23-CV-00684 (ABJ)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

Petitioners Gramercy Funds Management LLC and Gramercy Peru Holdings LLC (together, "Gramercy"), together with Respondent, the Republic of Peru ("Peru") (together, the "Parties"), hereby jointly move the Court for entry of a Stipulated Judgment. The Stipulated Judgment is attached as Exhibit A.

In support of their Joint Motion, the Parties state as follows:

1. Gramercy commenced this action on March 15, 2023 by filing a petition ("Petition") to recognize and confirm the certified and redacted arbitral award ("Award") issued on December 6, 2022, and corrected on January 13, 2023, by an arbitral tribunal seated in Paris, France, in International Centre for the Settlement of Investment Disputes Case No. UNCT/18/2 against Respondent, Peru. *See* Corrected Petition to Recognize and Confirm Arbitral Award, Mar. 15, 2023, ECF No. 4.

2. On September 8, 2023, the Parties agreed to stay proceedings pending discussions towards a potential resolution of this matter. The Parties further agreed to a stipulation that

1

"[s]ervice on Peru of the Summons and Petition has been validly made and shall be deemed to have been made upon entry of this Stipulation and Order."

3. On September 12, 2023, the Court entered a Minute Order staying proceedings and ordering "that service on defendant Republic of Peru of the Summons and Petition has been validly made and shall be deemed to have been made upon entry of this order."

4. On February 12, 2024, the Court issued a Minute Order lifting the stay of proceedings and resuming the briefing schedule.

5. On April 10, 2024, Peru filed a Memorandum of Points and Authorities in Support of Respondent's Motion to Dismiss Petition to Confirm and in Opposition to Petitioners' Petition to Confirm. Peru did not contest the Court's jurisdiction to enter judgment on Gramercy's Petition.

6. On April 17, 2024, Gramercy filed a Response to the Republic of Peru's Motion to Dismiss and Opposition to Petition to Confirm Arbitral Award.

7. On October 30, 2024, the Parties reached a settlement in this matter to satisfy the Award in favor of Gramercy and extinguish all obligations arising from the Award. Pursuant to the settlement, Peru made an initial contribution payment to Gramercy on November 4, 2024. The Parties further agreed to a payment schedule for the remainder of Peru's agreed payment obligations to satisfy the Award.

8. Pursuant to the settlement agreed by the Parties, the Parties respectfully request that the Court grant this Joint Motion and execute the proposed Stipulated Judgment, attached hereto as Exhibit A. The Stipulated Judgment is intended to reflect the full satisfaction of the claims made by Gramercy in the Petition for amounts due under the Award and outstanding as of the filing of this Joint Motion.

9. Specifically, the Parties respectfully request that the Court enter judgment in favor of Gramercy and against Peru in the amount of USD $40,000,000.00, which shall become due and payable according to the following payment schedule:

| Payment Date | Amount (USD) |
|---|---|
| March 1, 2025 | $20,000,000.00 |
| March 1, 2026 | $20,000,000.00 |

10. In the event that Peru fails to make payment of any of the installments as set forth in the above payment schedule, if such default is not remedied within 30 days after Gramercy gives Peru written notice of such default, the Parties agree that all remaining payments shall accelerate and become immediately due and payable. The interest rate of 7.22% p.a. determined by the tribunal in the Award, compounded annually, shall apply to the total amount due and payable, with accrual starting on the day following any missed payment date set out in the payment schedule, and continuing until the date of full payment.

11. Unless and until Peru fails to make payment of any of the installments as set forth in the above payment schedule and such default is not remedied within 30 days after Gramercy gives Peru written notice of such default, Gramercy shall not initiate any action, proceeding or measure to enforce or execute on this Stipulated Judgment or the underlying Award.

12. The Parties acknowledge and agree that the Stipulated Judgment constitutes a judgment based on an order confirming an arbitral award for all legal purposes within the United States, including for purposes of the Foreign Sovereign Immunities Act.

13. The Parties further respectfully request that the Court retain jurisdiction over the enforcement of the amounts set forth in the Stipulated Judgment. Gramercy agrees to update the Court on or before March 1, 2026 recording Peru's satisfaction of the judgment once the final payment is made.

Dated: November 8, 2024

| | |
|---|---|
|     */s/ Mark W. Friedman* |     */s/ Kevin A. Meehan* |
| Mark W. Friedman | Kevin A. Meehan |
| D.D.C. Bar No. NY0328 | D.C. Bar No. 1613059 |
| Debevoise & Plimpton LLP | Curtis, Mallet-Prevost, Colt & Mosle LLP |
| 66 Hudson Boulevard | 1717 Pennsylvania Avenue, N.W. |
| New York, New York 10001 | Washington, D.C. 20006 |
| Phone: (212) 909-6000 | Tel.: (202) 452-7373 |
| mwfriedman@debevoise.com | Fax: (202) 452-7333 |
| | kmeehan@curtis.com |
| | |
| | *Attorneys for Respondent Republic of Peru* |

*Of Counsel:*

Ina C. Popova
Julianne J. Marley
Beatrice A. Walton
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Phone: (212) 909-6000
ipopova@debevoise.com
jjmarley@debevoise.com
bawalton@debevoise.com

*Attorneys for Petitioners Gramercy Funds Management LLC and Gramercy Peru Holdings LLC*